UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Angela S., | Case No. 20-cv-2566 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

Before the Court is the July 7, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 31.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 7, 2022 R&R, (Dkt. 31), is **ADOPTED**.

2. Plaintiff Angela S.'s motion for summary judgment, (Dkt. 27), is **GRANTED IN PART AND DENIED IN PART** as recommended by the R&R.

3. Defendant Kilo Kijakazi's motion for summary judgment, (Dkt. 29), is **DENIED**.

4. This matter is remanded to the Commissioner of the Social Security Administration for further proceedings pursuant to 42 U.S.C § 405(g) (sentence four).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2022                                              s/Wilhelmina M. Wright
                                                                              Wilhelmina M. Wright
                                                                              United States District Judge